STATE OF CONNECTICUT:
:ss: HARTFORD          SEPTEMBER 15, 2005
COUNTY OF HARTFORD :
CASE NUMBER: 305CV01411 CFD

    Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT, ORDER ON PRETRIAL DEADLINES, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND HELPFUL HINTS FOR COUNSEL, with and in the hands of GREGORY T. D'AURIA, ASSOCIATE ATTORNEY GENERAL and duly authorized to accept service for the within named defendant GINA MCCARTHY, COMMISSIONER OF ENVIRONMENTAL PROTECTION FOR THE STATE OF CONNECTICUT, in the said town of HARTFORD, County of Hartford.

    The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT, ORDER ON PRETRIAL DEADLINES, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND HELPFUL HINTS FOR COUNSEL, with my doings thereon endorsed.

| | | |
|---|---|---|
| Copy | $11.00 | ATTEST: |
| Endorsements | 1.20 | *(signature)* |
| Service | 30.00 | JOSEPH ANTINERELLA |
| Travel | 18.00 | CT STATE MARSHAL |
| | --------- | HARTFORD COUNTY |
| Total | $60.20 | |